

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-14-00036-CV

FLAT WIRELESS, LLC, APPELLANT

V.

CRICKET COMMUNICATIONS, INC. AND LEAP WIRELESS INTERNATIONAL, INC.,
APPELLEES

On Appeal from the 72nd District Court
Lubbock County, Texas
Trial Court No. 2014-504,776, Honorable Ruben Gonzales Reyes, Presiding

March 3, 2014

## On Motion to Dismiss

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellant, Flat Wireless, LLC, has filed a motion to dismiss its appeal, signed by appellant's attorney, because it no longer wishes to proceed with the appeal. Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.1(a) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Brian Quinn
Chief Justice